| Date | Pleading Number | |
|---|---|---|
| 5/4/72 | | ORDER TO SHOW CAUSE - A-1 through A-40 - Notified Counsel |
| | | AND HEARING ORDER - A-1 through A-40 - Notified Counsel |
| | | Set for hearing, Denver, Colorado, Jun 2, 1972 |
| 5/15/72 | 1. | UTAH PLAINTIFFS (A-1 thru A-3) Response to SCO. Cert./Ser. |
| 5/15/72 | | AMEND SCO & HO - to include B-1 (Nicolay v. U.S., W.D. Wash., No. 262-72 |
| | | copies to counsel; involved judges; hearing clk. |
| 5/15/72 | 2. | PLTF. HOWARD BRAND - Affidavit of attorney supporting transfer. |
| 5/18/72 | 3 | PLAINTIFF JAMES D. DEAN response to motion w/cert of service |
| 5/18/72 | 4 | PLAINTIFF JUDITH V. WILKERSON response to motion w/cert of service |
| 5/18/72 | 5 | Glenda Gabel response to order to show cause w/cert of service |
| 5/18/72 | 6 | Margaret M. REeves response to order to show cause w/cert of service |
| 5/22/72 | 7 | NED GOOD- attorney for NOREEN E. FORGY, plaintiff, STEPHEN BIRD, plaintiff |
| | | response to order to show cause |
| 5/22/72 | 8 | MCDONNELL DOUGLAS CORP. response to OSC |
| 5/22/72 | 9 | United States of America response to OSC |
| 5/22/72 | 10 | MCCRODEN response to OSC |
| 5/22/72 | 11 | FENNELL, etc. plaintiff response to OSC |
| 5/25/72 | 12 | DENEGAL, plaintiffs response to OSC |
| 5/25/72 | 13 | PYKES, ALLEN, SCHOENHALS PLAINTIFFS RESPONSE to OSC |
| 5/30/72 | 13A | DAVIDSON, OTTO (Plaintiff) response to OSC (orig. only) |
| 5/30/72 | 14 | BRUNER V. U.S.A., D. Washington (SEA), Civil Action No. 329-72C2 |
| | | Response to SCO and request to add this to litigation |
| 5/30/72 | | BRUNER V. U.S.A. D. WASH., (SEA) 329-72C2 |
| | | AMEND SCO & HO to include Bruner action. Notified counsel, |
| | | involved judge, |
| 5/31/72 | 15 | CAROL NICOLAY (PLAINTIFF) response to SCO w/certificate of service |
| 6/1/72 | 16 | LEE C. POTTER (PLTF) Affidavit of counsel John I. Loy |
| 6/1/72 | 17 | MICHAEL RENE GARCIA, ETC. (PLTF.) Affidavit of counsel Michael A. K. Dan |
| 6/8/72 | 18 | RALPH D. MILLER AND JOAN MILLER RESPONSE to SCO |
| 7/26/72 | | Consent, Chief Judge of the Central District of California to |
| | | assignment of litigation to Hon. Peirson M. Hall |
| 7/26/72 | | OPINION AND ORDER - ordering transfer to C.D. Cal., sent to all |
| | | interested judges, publishers, and clerks. A-1 - A-40 & B-1 - B-2 |
| 7/26/72 | | A. Krehl Smith, etc. v. United States of America, et al., |
| | | District of Utah, No. C-135-72 |
| | | Entered CTO today, transferring above action to C.D. Cal. |
| 8/10/72 | | LELAND A. HARWARD V. U.S.A., et al., D.-Idaho Civ 1-72-71 |
| | | CTO entered tiday. Notified counsel and involved judges. |
| 8/11/72 | | SMITH V. U.S.A., Utah, C-135-72 |
| | | CTO final today. Notified transferee clerk, involved judges. |
| 8/23/72 | | PHILLIPS V. HUGHES AIR CORP., D.C. 1108-72 |
| | | CTO entered today. Notified counsel, involved judges |
| 8/28/72 | | HARWARD V. U.S.A., D. IDAHO, CIV 1-72-71 |
| | | CTO final today. Notified transferee, transferor clerks and |
| | | judges. |
| 9/6/72 | 19 | PHILLIPS V. HUGHES AIR CORP. D.C. 1108-72 |
| | | HUGHES opposition to CTO. |
| 9/6/72 | | ORDER- staying CTO. Notified counsel (9/18/72--notified involved judges |
| 9/21/72 | 20 | Phillips v. Hughes Air Corp., D.C., 1108-72 |
| | | Hughes Air Corp. motion to vacate CTO w/supporting briefs and |
| | | certificate of service. |

| Date | Pleading Number | |
|---|---|---|
| 9/26/72 | | HUNTER V. UNITED STATES, ET AL., UTAH, NO. C-144-72<br>CTO entered today. Notified counsel and involved judges. |
| 9/26/72 | | ORDER directing Clerk in Utah to immediately transmit case files and certified copies of docket sheets to Clerk in C.D. California. Further, that all future pretrial proceedings will be conducted in C.D. California by Judge Peirson M. Hall. Certified copies to Clerks in Utah & C.D. California. Copies to Judges Hall and Ritter and all involved counsel. |
| 10/12/72 | 21 | GLEN LEROY HUNTER V. U.S.A., UTAH, C.A., C-144-72<br>Notice of Opposition from plaintiff.<br>ORDER entered staying CTO. Notified counsel |
| 10/27/72 | 22 | LGEN LEROY HUNTER V. U.S.A., Utah, CA., No C-144-72<br>Motion w/supporting brief to vacate cto. |
| 11/3/72 | | GLEN LEROY HUNTER V. U.S.A., Utah, CA No. C-144-72<br>PhilIIPS, ETC. V. HUGHES AIR CORP., D.C., CA No. 1108<br>XX HEARING ORDER - Washington, D. C. November 29, 1972 Notified counsel, involved judges. |
| 11/3/72 | | DOROTHY M. ZERCK, ETC. V. U.S.A., W.D.WASH. 647-72C2<br>CTO entered today. Notified counsel, involved judges. |
| 11/7/72 | | DOROTHY M. ZERCK, ETC. V. U.S.A. W.D. WASH 647 72C2<br>ORDER - Vacating CTO entered 11/3/72. Notified counsel |
| 11/22/72 | 23 | GLEN LEROY HUNTER, ETC. V. U.S.A., D. Utah, Civil Action C-144-72<br>Response of Glenda Gabel to motion to vacate CTO w/CTO |
| 11/24/72 | 24 | RAYMOND J. SHELTON V. U.S.A., W.D. WASH., 756-72C2<br>CTO entered today. Notified counsel. |
| 11/29/72 | | ORDERED FROM THE PANEL IN OPEN COURT:<br>Plaintiffs counsel was given one week to file further pleadings with JPML regarding motion to vacate cto. |
| 12/6/72 | 25 | GLEN LEROY HUNTER, ETC. V. U.S.A., D. UTAH, C-144-72<br>U.S.A response to OPEN COURT ORDER of 11/29/72 |
| 12/11/72 | 26 | GLEN LEROY HUNTER, ETC. V. U.S.A., D. UTAH, C-144-72<br>Plaintiff response to OPEN COURT ORDER of 11/29/72 |
| 12/12/72 | | RAYMOND J. SHELTON V. U.S.A., W.D.WASH., 756-72C2<br>CTO final today, Notified transferee clerk, judges, transferor clerk |
| 2/1/73 | | PHILLIPS, ETC. V. HUGHES AIR CORP., D.C., CA No. 1108<br>OPINION AND ORDER transferring action to C.D. Calif. for coordinated or consolidated pretrial proceedings before Judge Hall. Distribution Made. |
| 4/26/73 | | HENDRIK BOS, ET UX V. U.S.A., D. UTAH., C-108-73<br>CTO entered today. Notified counsel, involved judges. |
| 5/9/73 | 27 | HENDRIK BOS, ET UX V. U.S.A., D. UTAH, C-108-73<br>Plaintiffs consent to transfer. |
| 5/11/73 | 28 | HENDRIK BOS, ET UX V. U.S.A, D. UTAH, C-108-73<br>U.S.A. consent to transfer. |
| 5/14/73 | | HENDRIK BOS, ET UX. V. US.A. D. UTAH, C-108-73<br>CTO final today. Notified transferee clerk, transferee judge, transferor judge and clerk |
| 6/18/73 | | MARTIN C. PLUYLAAR, ETC. V. HUGHES AIR CORP., ET A., W.D.WASH, 368-73C2<br>CTO entered today. Notified counsel and involved judges |

| Date | Pleading Number | |
|---|---|---|
| 7/6/73 | | MARTIN C. PLUYLARR V. HUGHES AIR CORP., W.D.WASH, 368-73C2 CTO final today.  Notified transferee clerks, involved judges |

DOCKET NO. 106 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Closed 10/5/77*

## Description of Litigation

IN RE AIR CRASH DISASTER AT DUARTE, CALIFORNIA ON JUNE 6, 1971

### Summary of Panel Action

Date(s) of Hearing(s): 6/2/72
Date(s) of Opinion(s) or Order(s): 7/26/72  346 F.Supp. 529   2/1/73 (354 F.Supp. 278)
Consolidation Ordered: ✓        Name of Transferee Judge: Pierson M. Hall
Consolidation Denied: ___       Transferee District: C.D. California (973)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Coy M. Morris, et al. v. United States of America, et al. | Utah Ritter | C-73-72 | 7/26/72 | 72-1825-PH | dis | 1H |
| A-2 | Marian C. Dunn, et al. v. United States of America, et al. | Utah Anderson | C-74-72 | | 72-1828-PH | dis | |
| A-3 | Alice W. Mangum, et al. v. United States of America, et al. | Utah Ritter | C-75-72 | | 72-1829-PH | dis | |
| A-4 | Jeanne Pyke, et al. v. United States of America, et al. | Utah Ritter | C-76-72 | | 72-1846-PH | dis | |
| A-5 | Jeanne M. Pyke, et al. v. United States of America, et al. | Utah Anderson | C-77-72 | | 72-1847-PH | dis | |
| A-6 | Afton G. Allen, et al. v. United States of America, et al. | Utah Anderson | C-78-72 | | 72-1848-PH | dis | |
| A-7 | Virginia H. Pyke, et al. v. United States of America, et al. | Utah Anderson | C-80-72 | | 72-1869-PH | dis | |
| A-8 | Janet T. Schoenhals, et al. v. United States of America, et al. | Utah Ritter | C-81-72 | | 72-1870-PH | dis | |
| A-9 | John Jay Garcia, et al. v. United States of America | Utah | C-92-72 | | 72-1872-PH | dis | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Margaret M. Reeves, etc. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-1425-PH | | | Dis 8/29/74 | |
| A-11 | In the Matter of the Petition of Glenda Gabel, etc. | C.D.Cal. Hall | 71-1431-PH | | | Dis 8/12/77 | |
| A-12 | Howard Brand, et al. v. Hughes Air West, Inc. | C.D.Cal. Hall | 71-1465-PH | | | Dis 8/29/74 | |
| A-13 | Norene E. Forgy, et al. v. Hughes Air West, Inc. | C.D.Cal. Hall | 71-1555-PH | | | Dis 8/29/74 | |
| A-14 | Glenda Gabel, etc. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-1595-PH | | | DISM 10/5/77 | |
| A-15 | James D. Dean, M.D. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-1822-PH | | | Dis | |
| A-16 | Albert Denegal, Jr., etc. v. Hughes Air West, Inc. dismissed 4/9/73 | C.D.Cal. | 71-1996-PH | | | dism 4/9/73 | |
| A-17 | Ralph D. Miller, et al. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-2021-PH | | | Dis | |
| A-18 | Chase Apgar, et al. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-2253-PH | | | Dis | |
| A-19 | In the Matter of the Petition of Afton G. Allen, etc. | C.D.Cal. Hall | 71-2334-PH | | | Dis | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | In the Matter of the Petition of Janet T. Schoenhals, et al. | C.D.Cal. Hall | 71-2335-PH | | | dis | |
| A-21 | In the Matter of the Petition of John Jay Garcia, etc. | C.D.Cal. Hall | 71-2336-PH | | | dis | |
| A-22 | In the Matter of the Petition of Virginia H. Pyke, etc. | C.D.Cal. Hall | 71-2337-PH | | | dis | |
| A-23 | In the Matter of the Petition of Jeanne M. Pyke, etc. | C.D.Cal. Hall | 71-2338-PH | | | dis | |
| A-24 | In the Matter of the Petition of Jeanne F. Pyke, etc. | C.D.Cal. Hall | 71-2339-PH | | | dis | |
| A-25 | Helen E. Fennell, etc. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-2528-PH | NTN | | dis | |
| A-26 | Glen Leroy Hunter, et al. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-2791-PH | | | Dis | |
| A-27 | In the Matter of the Petition of Alice Wilkinson Mangum, etc. | C.D.Cal. Hall | 71-2796-PH | | | dis | |
| A=28 | Otto Conrad Davidson, etc. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-2831-PH | | | dis | |
| A-29 | Cynthia Kalbfleisch, etc. v. Hughes Air Corp., et al. | C.D.Cal. Hall | 71-2878-PH | | | dis | |
| A-30 | Michael Rene Garcia, etc. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 71-2932-PH | | | dis | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-31 | Glenda Gabel, etc. v. The United States of America, et al. | C.D.Cal. Hall | 72-1-PH | | | 10/5/72 | |
| A-32 | John D. McCorden, et al. v. Hughes Air Corp., et al. | C.D.Cal. Hall | 72-25-PH | | | dis | |
| A-33 | Daniel Subic, et al. v. Hughes Air West, Inc. | C.D.Cal. Hall | 72-54-PH | | | dis | |
| A-34 | Elizabeth W. Kaufman, etc. v. United States of America, et al. | C.D.Cal. Hall | 72-344-PH | | | dis | |
| A-35 | Lee C. Potter, et al. v. Hughes Air Corp., etc. | C.D.Cal. Hall | 72-450-PH | | | dis | |
| A-36 | Judith V. Wilkerson, etc. v. Hughes Air Corp., et al. | C.D.Cal. Hall | 72-469-PH | NTN | | dis | |
| A-37 | Norene E. Forgy, et al. v. The United States of America, et al. | C.D.Cal. Hall | 72-633-PH | | | dis | |
| A-38 | Michael Rene Garcia, etc. v. United States of America | C.D.Cal. Hall | 72-635-PH | | | dis | |
| A-39 | Helen E. Fennell, etc. v. The United States of America, et al. | C.D.Cal. Hall | 72-875-PH | | | dis | |
| A-40 | Howard Brand, et al. v. The United States of America | C.D.Cal. Hall | 72-924-PH | | | dis | |
| B-1 | Carol Nicolay, etc. v. United States | W.D.Wash. McGovern | 262-72 | 7/26/72 | 72-1873-PH | dis | Amend SCO*HO 5/15/72 |

DOCKET NO. 106 (CONTINUED)   PAGE 5

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-2 | Etta Mae Bruner, etc. v. United States of America | W.D. Washington | 329-72C2 | 7/26/72 | 72-1874-PH | dismissed 2/02/74 | OSC 5/30/72 8/28/72 |
| C-1 | A. Krehl Smith, etc. v. United States of America, et al. 7/26/72 ~~settled 6/19/73~~ | Utah Ritter | C-135-72 | 8/11/72 | 72-1930-PH | settled 6/19/73 closed 8/19/77 |  |
| C-2 | Leland A. Harward v. U.S.A., et al 8/10/72 | Utah | Civ 1-72-71 | 8/28/72 | 72-2116-PH |  |  |
| C-3 | James S. Phillips, etc. v. Hughes Air Corp 8/23/72 ~~opposed~~ | D.C. Gasch | 1108-72 | 2/1/73 | 73-263-PH | 4/12/74 | 2/23/73 |
| XYZ-1 | John Jay Garcia, etc. v. United States of America | C.D.Cal. Hall | 72-1247-PH |  |  |  |  |
| XYZ-2 | Guillermo Rangel, etc. v. Hughes Air West, Inc. | C.D.Cal. Hall | 72-1250-PH |  |  |  |  |
| XYZ-3 | ANA Rosa Rangel, etc. v. Hughes Air West, Inc. | H.D.Cal. Hall | 72-1251-PH |  |  |  |  |
| XYZ-4 | James A. Thomas v. United States of America | C.D.Cal. Hall | 72-1232-PH |  |  |  |  |
| XYZ-5 | Kathryn J. Thomas, et al. v. United States of America | C.D.Cal. Hall | 72-1233-PH |  |  |  |  |
| XYZ-6 | James A. Thomas v. Hughes Air Corp., et al. | C.D.Cal. Hall | 72-1234-PH |  |  |  | dismissed |
| XYZ-7 | Kathryn J. Thomas, et al. v. Hughes Air Corp., et al. | C.D.Cal. Hall | 72-1235-PH |  |  |  |  |
| XYZ-8 | Apolinar Espitia, et al. v. Hughes Air West, Inc. | C.D.Cal. Hall | 72-1240-PH |  |  |  |  |
| XYZ-9 | Cheryl Johnson Deveau; et al. v. Hughes Air West, Inc. | C.D.Cal. Hall | 72-1241-PH |  |  |  |  |
| XYZ-10 | David L. McCall, et al. v. United States of America, et al. | C.D.Cal. Hall | 72-1243-PH |  |  |  |  |
| XYZ-11 | James D. Dean, M.D. v. United States of America, et al. | C.D.Cal. Hall | 72-1255-PH |  |  |  |  |
| XYZ-12 | Edwin A. Hess, Jr., et al. v. Hughes Air Corp., et al. | C.D.Cal. Hall | 72-1261-PH |  |  |  |  |

DOCKET NO. 106 (CONTINUED)    PAGE 6

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-13 | Otto Conrad Davidson, etc. v. United States of America, et al. | C.D.Cal. Hall | 72-1550-PH | | | | |
| XYZ-14 | Ana Rosa Rangel, etc. v. United States of America | C.D.Cal. Hall | 72-1569-PH | | | | |
| XYZ-15 | Guillermo Rangel, etc. v. United States of America | C.D.Cal. Hall | 72-1568-PH | | | | |
| XYZ-16 | Apolinar Espitia, et ux. v. United States of America | C.D.Cal. Hall | 72-1565-PH | | | | |
| XYZ-17 | Cheryl Johnson Deveau, etc. v. United States of America | C.D.Cal. Hall | 72-1564-PH | | | | |
| XYZ-18 | Daniel Subic, et al. v. United States of America | C.D.Cal. Hall | 72-1563-PH | | | | |
| D-1 | Glen Leroy Hunter, et ux. v. United States of America, et al. 7/26/72 0190560 | Utah Ritter | C-144-72 | | | dismissed 11/13/72 | |
| D-2 | Dorothy M. Zack, etc. v. The United States of America  VACATED 11/8/72 | W.D.Wash | 647-72C2 | | | | |
| D-3 | Raymond J. Shelton, etc. v. U.S.A. 11/24/72 | W.D.Wash | 756-72C2 | 12/12/72 | 72-3003-PH | | |
| D-4 | Hendrik Bos, et ux. v. U.S.A. 4/25/73 | D.Utah Ritter | C-108-73 | 5/14/73 | 73-1132-PH | remand 6/30/73 | 5/23 |
| D-5 | Martin C. Pluylaar, etc. v. Hughs Air Corp., et al. 6/18/73 | W.D.Wash | 368-73C2 | 7/6/73 | 73-1558-PH | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-19 | Albert Denegal, et al. v. The United States of America *dismissed 4/4/73* | C.D.Cal. | 72-1124-PH | | | dism 4/4/73 | |
| XYZ-20 | Ralph D. Miller, et ux. v. United States of America | C.D.Cal. | 72-1769-PH | | | | |
| XYZ-21 | John Forgy v. Hughes Air West | C.D.Ca. | 72-1956-PH | | | | |
| XYZ-22 | Margaret M. Reeves, et al. v. United States of America | C.D.Cal. | 72-2164-PH | | | | |
| XYZ-23 | Steven Bird v. United States of America | C.D.Cal. | 72-2453-PH | | | | |
| XYZ-24 | Hartford Accident & Indemnity Co. v. United States of America | C.D.Cal. | 72-2518-PH | | | | |
| XYZ-25 | Loretta A. Bond, et al. v. The U.S.A. | C.D.Calif | 73-2964-PH | | | | |

*Verified by [illegible] May 1975*

*Verified by Tel [illegible] June 1976 same as above for 1975*

*Same - July 1977*

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 106 -- Air Crash Disaster at Duarte, California on June 6, 1971

| Plaintiff | Defendant |
|---|---|
| COY M. MORRIS, ET AL. (A-1)<br>MARIAN C. DUNN, ET AL. (A-2)<br>ALICE W. MANGUM, ET AL. (A-3)<br>  Gerald R. Miller, Esquire<br>  Prince, Yeates, Ward, Miller & Geldzahler<br>  206 El Paso Natural Gas Bldg.<br>  Salt Lake City, Utah 84111<br><br>Jeanne Pyke, et al. (A-4)(A-24)<br>AFTON G. ALLEN, ET AL. (A-6)(A-19)<br>JEANNE M. PYKE, ET AL. (A-5)(A-23)<br>VIRGINIA H. PYKE, ET AL. (A-7)(A-22)<br>JANET T. SCHOENHALS, ET AL. (A-8)(A-20)<br>  Marvin J. Bertoch, Esquire<br>  Ray, Quinney & Nebeker<br>  Suite 400, Deseret Building<br>  79 South Main Street<br>  Salt Lake City, Utah 84111<br><br>JOHN JAY GARCIA, ET AL. (A-9)(A-21)<br>  Michael A. K. Dan, Esquire<br>  Butler, Jefferson & Fry<br>  626 Wilshire Blvd., Suite 914<br>  Los Angeles, California 90017<br><br>MARGARET M. REEVES, ETC. (A-10)<br>GLEN LEROY HUNTER, ET AL. (A-26)<br>PET. OF ALICE WILKINSON MANGUM (A-27)<br>  Richard L. Oliver, Esquire<br>  Oliver, Sloan, Vargas, Shaffer<br>    & Lindvig<br>  611 West 6th Street, Suite 3300<br>  Los Angeles, California 90017<br><br>IN THE MATTER OF THE PETITION OF<br>  GLENDA GABEL, ETC. (A-11)<br>GLENDA BAGEL, ETC. (A-14)&(A-31)<br>  ~~Franklin J. Brummett~~, Esquire<br>  Miller, Bronn, Brummett & Porter<br>  Suite 610, Fidelity Federal Plaza<br>  555 East Ocean Boulevard<br>  Long Beach, California 90802 | UNITED STATES OF AMERICA<br>  James R. Stotter, II, Esquire<br>  Assistant U. S. Attorney<br>  Room 1143, U. S. Courthouse<br>  312 No. Spring Street<br>  Los Angeles, California 90012<br><br>~~HUGHES CORPORATION~~<br>~~C.I.T. CORPORATION~~<br>  Theodore P. Shield, Esquire<br>  Shield and Smith<br>  1010 Wilshire Blvd., Suite 500<br>  Los Angeles, California 90017<br><br>McDONNELL DOUGLAS CORPOATION<br>  David Bernard, Esquire<br>  Belcher, Henzie & Biegenzahn<br>  818 Security Building<br>  510 So. Spring Street<br>  Los Angeles, California 90013<br><br>HUGHES CORPORATION<br>C.I.T CORPORATION<br>  Wallace E. Maloney, Esquire<br>  Lord, Bissell & Brook<br>  135 South LaSalle Street<br>  Chicago, Illinois 60603 |

p. 2

| Plaintiff | Defendant |
|---|---|
| *Aveda (xy2-7)*<br>*Capital (xy2-6)*<br>*Guillermo Rangel (xy2-8)*<br>HOWARD BRAND, ET AL. (A-12) (A-40)<br>DANIEL SUBIC, ET AL. (A-33)<br>  Lawrence J. Galardi, Esquire<br>  Magana & Cathcart<br>  1800 Avenue of the Stars<br>  830 Gateway East<br>  Los Angeles, California  90067<br><br>NORENE E. FORGY, ET AL.  (A-13 & A-37)<br>  Offices of Ned Good<br>  727 West Seventh St., Suite 1127<br>  Los Angeles, California  90017<br><br>JAMES D. DEAN, M.D.  (A-15) *xy2-11*<br>  Irving S. Feffer, Esquire<br>  654 So. San Vincente Blvd.<br>  Los Angeles, California  90048<br><br>ALBERT DENEGAL, JR., ETC. (A-16)<br>  Henry Seligsohn, Esquire<br>  Goodman, Hirschberg & King<br>  3850 Wilshire Boulevard<br>  Los Angeles, California  90010<br><br>RALPH D. MILLER, ET AL.  (A-17)<br>  J. Wesley Mieras, Esquire<br>  Hart & Mieras<br>  5526 North Figueroa Street<br>  Los Angeles, California  90042<br><br>CHASEAPGAR, ET AL.  (A-18)<br>  Jerry N. Roth, Esquire<br>  Suite 610, Gibralter Tower<br>  9107 Wilshire Boulevard<br>  Beverly Hills, California  90210<br><br>HELEN E. FENNELL, ETC. (A-25) (A-39)<br>  Vincent Pettit, Esquire<br>  161 No. La Brea Ave., Suite 105<br>  Inglewood, California  90301 | |

m

p. 3

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 106 -- Duarte, California Air Disaster

| Plaintiff | Defendant |
|---|---|
| OTTO CONRAD DAVIDSON, ETC. (A-28)<br>    Lloyd E. Somogyi, Esquire<br>    695 Santa Rosa Street<br>    San Luis Obispo, California 93401 | |
| CYNTHIA KALBFLEISCH, ETC. (A-29)<br>    A. Lee Sanders, Esquire<br>    Demanes & Sanders<br>    1860 El Camino Real<br>    Penthouse<br>    Burlingame, California 94010 | |
| MICHAEL RENE GARCIA, ETC. (A-30) (A-38)<br>    James G. Butler, Esquire<br>    Butler, Jefferson & Fry<br>    626 Wilshire Blvd., Suite 914<br>    Los Angeles, California 90017 | |
| JOHN D. McCRODEN, ET AL. (A-32)<br>    Andrew S. Garb, Esquire<br>    Loeb and Loeb<br>    One Wilshire Bldg., Suite 1600<br>    Wilshire Blvd at Grand Avenue<br>    Los Angeles, California 90017 | |
| ELIZABETH W. KAUFMAN, ETC. (A-34)<br>    John T. McTernan, Esquire<br>    Margolis, McTernan, Smith, Scope<br>        & Sacks<br>    3325 Wilshire Blvd., Suite 901<br>    Los Angeles, California 90010 | |
| LEE C. POTTER, ET AL. (A-35)<br>    John I. Loy, Esquire<br>    Feist, Vetter, Knauf & Loy<br>    810 Mission Avenue<br>    Oceanside, California 92054 | |

p. 4

| Plaintiff | Defendant |
|---|---|
| JUDITH V. WILKERSON, ETC. (A-36)<br>    Gerald C. Sterns, Esquire<br>    Walkup, Downing, Sterns & Poore<br>    650 California St., 30th Floor<br>    San Francisco, California  94108<br><br>CAROL NICOLAY, ETC. (B-1)<br>    Vincent H. D. Abbey, Esquire<br>    2931 Seattle First National Bank<br>       Building<br>    Seattle, Washington  98154<br><br>ETTA MAE BRUNER (B-2)<br>    Eugene J. Craig, Esquire<br>    2908 Seattle First National Bank<br>       Building<br>    Seattle, Washington  98154 | |
| KATHRYN J. THOMAS (XYZ-5)  (XYZ-7)<br>JAMES A. THOMAS (XYZ-4)<br>    (XYZ-6)<br>    Aaron P. Moss<br>    14401 Sylvan St.<br>    Van Nuys, Ca.  91401<br><br>DAVID L. MCCALL (XYZ-10)<br>    Jay H. Davison, Esq.<br>    599 S. Barranca<br>    Covina, Ca.<br><br>EDWIN A. HESS, JR., (XYZ-12)<br>    Soneshine & Armstrong<br>    500 Newport Center Drive Suite 545<br>    Newport Beach, Ca. 92660<br><br>A. KREHL SMITH (C-1)<br>    Arthur H. Neilsen, Esquire<br>    Joseph L. Henriod, Esquire<br>    Nielsen, Conder, Hansen & Henriod<br>    410 Newhouse Building<br>    Salt Lake City, Utah  84111<br><br>C-2  Garth S. Pincock, Esquire<br>    P.O. Box 1567<br>    Pocatello, Idaho  83201 | C-2 U.S. Attorney (Idaho)<br>    Sidney E. Smith<br>    U. S. Attorney<br>    698 Federal Office Building<br>    550 W. Fort Street<br>    Boise, Idaho  83702<br><br>Hughs Air Corp.<br>~~Merrill & Merrill~~<br>~~P.O. Box 991~~<br>~~Pocatello, Idaho  83201~~<br><br>*Rodney P. Shield*<br>*Shield & Smith*<br>*1010 Wilshire Blvd*<br>*Ste 500*<br>*L.A.  90017* |

p. 5

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 106 -- Duarte, California Crash on June 6, 1971

| Plaintiff | Defendant |
|---|---|
| C-3 George E. Farrell, Esq.<br>1125 Federal Bar Bldg., West<br>1819 H. St., N.W.<br>Washington, D. C. 20006 | Edison W. Dick, Esq.<br>618 Southern Building<br>Washington, D. C. 20005 |
| D-1 Wayne L. Black, Esquire<br>Rawlings, Roberts & Black<br>Suite 400, Ten Broadway Bldg.<br>Ten West Third South St.<br>Salt Lake City, Utah 84101 | |
| D-2 Vernon T. Judkins, Esq. [CROSSED OUT]<br>Judkins and Jones<br>13410 Highway 99 South<br>Everett, Washington 98204<br><br>U.S. ATTORNEY, W.D. WASH<br><br>Stan Pitkin, Esq.<br>U.S. Attorney<br>1010 5th Ave.<br>U. S. Courthouse<br>Seattle, Washington 98104 | |
| D-3 John J. Costello, Esq.<br>Walthew, Warner, Keefe, Arron,<br>Costello & Thompson<br>The Walthew Building<br>123 Third Ave. South<br>Seattle, Washington 98104 | U. S. ATTORNEY, W.D. WASH<br>Stan Pitkin, Esq.<br>U. S. Attorney<br>1010 5th Ave.<br>U. S. Courthouse<br>Seattle, Washington 98104 |
| D-4 Grant MacFarlane, Jr., Esquire<br>141 East 1st South, Suite 300<br>Salt Lake City, Utah | |
| D-5 Horace H. Davis, Esquire<br>Davis & Roetcisoender<br>3316 N.E. 125th Street<br>Seattle, Wash. 98125 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 106 -- IN RE AIR CRASH DISASTER AT DUARTE, CALIFORNIA ON JUNE 6, 1971

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 thru A-9 | Marvin J. Bertoch, Esquire<br>Ray, Quinney & Nebeker<br>Suite 400, Deseret Building<br>79 South Main Street<br>Salt Lake City, Utah 84111<br><br>Gerald R. Miller, Esquire<br>Mulliner, Prince & Mangum<br>Suite 206, El Paso Natural Gas Bldg.<br>315 East Second South Street<br>Salt Lake City, Utah 84111 | HUGHES AIR CORPORATION<br>  Clifford L. Ashton, Esquire<br>  Van Cott, Bagley, Cornwall & McCarthy<br>  Suite 300, 141 East First South<br>  Salt Lake City, Utah 84111<br><br>  Wallace E. Maloney, Esquire<br>  Lord, Bissell & Brook<br>  135 South LaSalle Street<br>  Chicago, Illinois 60603<br><br>UNITED STATES OF AMERICA<br>  C. Nelson Day, Esquire<br>  United States Attorney<br>  Post Office & Courthouse<br>  Salt Lake City, Utah 84101<br><br>  Gerard R. Lear, Esquire<br>  Civil Division, Torts Section<br>  Department of Justice<br>  Washington, D. C. 20530<br>    DO NOT OPEN IN MAILROOM |
| A-10 | Richard L. Oliver, Esquire<br>Oliver, Sloan, Vargas, Shaffer<br>  & Lindvig<br>611 West 6th Street, Suite 3300<br>Los Angeles, California 90017 | Same as A-1 thru A-9 (Maloney)<br><br>Theodore P. Shield, Esquire<br>Shield & Smith<br>1010 Wilshire Blvd., Suite 500<br>Los Angeles, California 90017 |
| A-11 | FRANKLIN J. BRUMMETT<br><s>John D. Miller</s>, Esquire<br>Miller, Bronn, Brummett & Porter<br>Suite 610, Fidelity Federal Plaza<br>555 East Ocean Boulevard<br>Long Beach, California 90802<br><br>Eugene J. Craig, Esquire<br>2908 Seattle First Nat'l Bank Bldg.<br>Seattle, Washington 98104<br><br>Vincent H. D. Abbey, Esquire<br>2931 Seattle First Nat'l Bank Bldg.<br>Seattle, Washington 98104 | Same as A-10 (Maloney & Shield)<br><br>UNITED STATES OF AMERICA<br>  James G. Stotter, II, Esquire<br>  Assistant U.S. Attorney<br>  Room 1143, U.S. Courthouse<br>  312 No. Spring Street<br>  Los Angeles, California 90012 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-12 | Lawrence J. Galardi, Esquire<br>Magana & Cathcart<br>1800 Avenue of the Stars<br>830 Gateway East<br>Los Angeles, California  90067 | Same as A-10 (Maloney & Shields) |
| A-13<br>A-37 | Offices of Ned Good<br>727 West 7th St., Suite 1127<br>Los Angeles, California  90017 | Same as A-10 (Maloney & Shields) |
| A-14 | Same as A-11 (Miller) BRUMMETT | Same as A-11 (Maloney, Shield & Stotter) |
| A-15 | Irving S. Feffer, Esquire<br>654 So. San Vincente Blvd.<br>Los Angeles, California  90048 | Same as A-10 (Maloney * Shields) |
| A-16 | Henry Seligsohn, Esquire<br>Goodman, Hirschberg & King<br>3850 Wilshire Boulevard<br>Los Angeles, California  90005/90018 | Same as A-10 (Maloney & Shields) |
| A-17 | J. Wesley Mieras, Esquire  [Cowan Meloy Esq app]<br>Hart & Mieras<br>5526 North Figueroa Street<br>Los Angeles, California 90042 | Same as A-10 (Maloney & Shields) |
| A-18 | Jerry N. Roth, Esquire<br>Suite 610, Gibralter Tower<br>9107 Wilshire Boulevard<br>Beverly Hills, California 90210 | Same as A-10 above (Maloney & Shields) |
| A-19 | Same as A-1 (Bertoch) | Same as A-11 (Maloney, Shield & Stotter) |
| A-20<br>A-21<br>A-22<br>A-23<br>A-24 | Same as A-11 (Miller) | |
| A-25<br>A-39 | Vincent Pettit, Esquire<br>161 No. La Brea Ave., Suite 105<br>Inglewood, California  90301 | Same as A-10 (Maloney & Shields) |
| A-26 | Same as A-10 (Oliver) | Same as A-10 (Maloney * Shield) |
| A-27 | Same as A-1 (Miller)<br>Same as A-10 (Oliver) | Same as A-11 (Maloney, Shield & Stotter) |
| A-28 | Lloyd E. Somogyi, Esquire<br>695 Santa Rosa St<br>San Luis Obispo, California  93401 | Same as A-10 (Maloney & Shields) |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 106 -- IN RE AIR CRASH DISASTER AT DUARTE, CALIFORNIA ON JUNE 6, 1971

| No. | Plaintiff | Defendant |
|---|---|---|
| A-29 | A. Lee Sanders, Esquire<br>Demanes & Sanders<br>1860 El Camino Real<br>Penthouse<br>Burlingame, California 94010<br><br>~~Same as A-12 (Galardi)~~ | C.I.T. CORPORATION<br>HUGHES CORPORATION<br>   Same as A-10 (Maloney & Shields)<br><br>McDONNELL DOUGLAS<br>   David Bernard, Esquire<br>   Belcher ~~Offices~~ KENDIG BEGORDEN<br>   818 Security Building<br>   510 So. Spring Street<br>   Los Angeles, California 90013<br><br>UNITED STATES OF AMERICA<br>   Same as A-11 (Stotter) |
| A-30 | James G. Butler, Esquire<br>Butler, Jefferson & Fry<br>626 Wilshire Blvd., Suite 914<br>Los Angeles, California 90017 | Same as A-10 (Maloney & Shields) |
| A-31 | Same as A-11 (~~Miller~~ Brunnett) | Same as A-11 (Stotter) |
| A-32 | ~~Alfred I. Rothman, Esquire~~<br>Andrew S. Garb, Esquire<br>Loeb and Loeb<br>One Wilshire Building, Suite 1600<br>Wilshire Blvd. at Grand Avenue<br>Los Angeles, California 90017 | Same as A-11 (Maloney, Shields & Stotter) |
| A-33 | Same as A-12 (Galardi) | Same as A-10 (Maloney & Shields) |
| A-34 | John T. McTernan, Esquire<br>Margolis, McTernan, Smith, Scope & Sacks<br>3325 Wilshire Blvd., Suite 901<br>Los Angeles, California 900~~05~~ 10 | Same as A-11 (Maloney, Shields & Stotter) |
| A-35 | John I. Loy, Esquire<br>Feist, Vetter, Knuaf & Loy<br>810 Mission Ave., ~~Suite 300~~<br>~~Post Office Box~~ 240<br>Oceanside, California 92054 | Same as A-10 (Maloney & Shields) |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-36 | Theron E. Roberts, Esquire<br>Roberts, Poole & Robson<br>111 Broadway<br>Boise, Idaho 82701<br><br>Gerald C. Sterns, Esquire<br>Walkup, Downing, Sterns & Poore<br>650 California St., 30th Floor<br>San Francisco, California 94108 | HUGHES AIR CORP. (Def. & 3d Pty Pltf)<br>   Same as A-10 (Maloney & Shields)<br><br>McDONNELL DOUBLAS<br>   Same as A-29 (Bernard)<br><br>UNITED STATES OF AMERICA<br>   Same as A-11 (Stotter) |
| A-37 | Edwin E. Lawrence, Esquire<br>15300 Ventura Blvd., Suite 510<br>Sherman Oaks, California 91403 | UNITED STATES OF AMERICA<br>   Same as A-11 (Stotter)<br><br>McDONNELL DOUGLAS<br>   Same as A-29 (Bernard)<br><br>Lawrason Driscoll, Esquire<br>Bronson, Bronson & McKinnon<br>555 Califronia St., 34th Floor<br>San Francisco, California 94104 |
| A-38 | Same as A-30 (Butler) | Same as A-11 (Stotter) |
| A-39 | Same as A-25 (Pettit) | Same as A-11 (Stotter) |
| A-40 | ~~Same as A-12 (Cathcart)~~ | |
| B-1 | Vincent H. D. Abbey, Esquire<br>2931 Seattle-First National Bank Bldg.<br>Seattle, Washington 98154 | Stan Pitkin, Esquire<br>United States Attorney<br>United States Courthouse<br>1010 Fifth Avenue<br>Seattle, Washington 98104 |
| B-2 | Eugene J. Craig, Esq.<br>2908 Seattle First National Bank Bldg.<br>Seattle, Wash. 98154 | (Same as B-1) |

p. \_\_\_\_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __106__ -- DUARTE, CALIFORNIA CRASH ON JUNE 6, 1971

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Hughes Air Corp. | A-1 thru A-9; A-10; A-14;A-15;A-17;A-18;A-25;A-26;A-28;A-29 A-30;A-32;A-33;A-34;A-35;A-36; *C-1* |
| United States of America | A-1 thru A-9;A-31;A-34;A-37;A-38;A-39; A-40; *C-1* |
| Hughes Air West, Inc. | A-12; A-13; A-16;A-33;A-35 *C-3* |
| C.I.T. CORP. | A-29 |
| McDonnell-Douglas Corp. | A-29;A-36;A-37 |
| Air West, Inc. | A-29 |
| Lt. Christopher E. Scheiss | A-31;A-37;A-39 |
|  |  |
|  |  |